UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA             :

    - v. -                           :

JUAN CARLOS SERRATE-MIDDAGH,         :     **SEALED INDICTMENT**
    a/k/a "Kacay,"
                                     :     S17 19 Cr. 91(DLC)
                Defendant.
                                     :

- - - - - - - - - - - - - - - x

## COUNT ONE

The Grand Jury charges:

1. From at least in or about February 2020, up to and including September 2020, in Bolivia and elsewhere, and in an offense begun and committed out of the jurisdiction of any particular State or district, JUAN CARLOS SERRATE-MIDDAGH, a/k/a "Kacay," the defendant, and others known and unknown, at least one of whom is expected to be first brought to and arrested in the Southern District of New York, intentionally and knowingly combined, conspired, confederated, and agreed together and with each other to violate the narcotics laws of the United States.

2. It was a part and an object of the conspiracy that JUAN CARLOS SERRATE-MIDDAGH, a/k/a "Kacay," the defendant, and others known and unknown, would and did knowingly and intentionally import into the United States and into the customs territory of the United States from a place outside thereof a

controlled substance, in violation of Title 21, United States Code, Sections 952(a) and 960(a)(1).

3. It was further a part and an object of the conspiracy that JUAN CARLOS SERRATE-MIDDAGH, a/k/a "Kacay," the defendant, and others known and unknown, would and did manufacture, possess with intent to distribute, and distribute a controlled substance, intending, knowing, and having reasonable cause to believe that such substance would be unlawfully imported into the United States and into waters within a distance of 12 miles of the coast of the United States from a place outside thereof, in violation of Title 21, United States Code, Sections 959(a) and 960(a)(3).

4. The controlled substance that JUAN CARLOS SERRATE-MIDDAGH, a/k/a "Kacay," the defendant, and others known and unknown, conspired to (a) import into the United States and into the customs territory of the United States from a place outside thereof, and (b) manufacture, possess with intent to distribute, and distribute, intending, knowing, and having reasonable cause to believe that such substance would be unlawfully imported into the United States and into waters within a distance of 12 miles of the coast of the United States from a place outside thereof, was five kilograms and more of mixtures and substances containing a detectable amount of

cocaine, in violation of Title 21, United States Code, Section 960(b)(1)(B)(ii).

(Title 21, United States Code, Section 963; Title 18, United States Code, Section 3238.)

## FORFEITURE ALLEGATION AS TO COUNT ONE

4. As a result of committing the controlled substance offense alleged in Count One of this Indictment, JUAN CARLOS SERRATE-MIDDAGH, a/k/a "Kacay," the defendant, shall forfeit to the United States, pursuant to Title 21, United States Code, Sections 853 and 970, any and all property constituting or derived from any proceeds obtained directly or indirectly as a result of said offense and any and all property used or intended to be used in any manner or part to commit or to facilitate the commission of said offense that the defendant personally obtained.

### Substitute Assets Provision

5. If any of the property described above as being subject to forfeiture, as a result of any act or omission of the defendant:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third person;

    c. has been placed beyond the jurisdiction of the Court;

d.  has been substantially diminished in value; or

e.  has been commingled with other property which cannot be subdivided without difficulty;

it is the intention of the United States, pursuant to Title 21, United States Code, Sections 853(p) and 970, to seek forfeiture of any other property of the defendant up to the value of the above forfeitable property.

(Title 21, United States Code, Sections 853 and 970; and Title 28, United States Code, Section 2461.)

FOREPERSON

AUDREY STRAUSS
Acting United States Attorney

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

JUAN CARLOS SERRATE-MIDDAGH,
a/k/a "Kacay,"

Defendant.

SEALED INDICTMENT

S17 19 Cr. 91(DLC)

(21 U.S.C. §§ 959, 960, and 963; and
18 U.S.C. § 3238.)

AUDREY STRAUSS
Acting United States Attorney.

A TRUE BILL



Foreperson.